599 A.2d 161

IN THE MATTER OF, BASIL D. BECK,
JR., AN ATTORNEY AT LAW.

December 18, 1991.

## ORDER

BASIL D. BECK, JR., of BRIDGETON having submitted a current certificate of insurance in compliance with the Order of this Court filed December 13, 1991, and good cause appearing;

It is ORDERED that the reinstatement to the practice of law of BASIL D. BECK, JR., is effective immediately and shall continue while said BASIL D. BECK, JR., remains in compliance with the terms of the Court's Order of December 13, 1991, and until further Order of the Court.